# IN THE SUPREME COURT OF THE STATE OF NEVADA

LAS VEGAS RENTAL AND REPAIR LLC, SERIES 56, A NEVADA LIMITED LIABILITY COMPANY,
Appellant,

vs.

BANK OF AMERICA, N.A.,
Respondent.

No. 76717

**FILED**

AUG 3 0 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:  Hon. William D. Kephart, District Judge
Paul M. Haire, Settlement Judge
Clark Newberry Law Firm
Akerman LLP/Las Vegas
Gerrard Cox & Larsen
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O) 1947

19-36453